**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST CO., | ) | Case No. 2:15-cv-01373-APG-NJK |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | FOR LEAVE TO FILE |
| vs. | ) | |
| | ) | (Docket No. 34) |
| SEVEN HILLS MASTER COMMUNITY | ) | |
| ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is Defendant Seven Hills Master Community Association's motion for leave to file a third-party complaint, filed on November 17, 2015. Docket No. 34. To date, no response has been filed in opposition. Accordingly, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). No later than January 12, 2016, Defendant Seven Hills Master Community Association shall file the third-party complaint on the docket. Defendant Seven Hills Master Community Association shall promptly take appropriate steps to serve the third-party complaint on Leach Johnson Song & Gruchow LTD.

IT IS SO ORDERED.

DATED: January 5, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge