1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
3  CHRISTINE M. PARVAN, ESQ.
   Nevada Bar No. 10711
4  AKERMAN LLP
   1160 Town Center Drive, Suite 330
5  Las Vegas, Nevada 89144
   Telephone:    (702) 634-5000
6  Facsimile:    (702) 380-8572
   Email: ariel.stern@akerman.com
7  Email: melanie.morgan@akerman.com
   Email: christine.parvan@akerman.com
8
   *Attorneys for Bank of America, N.A.*
9

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

10                    **UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12  DEUTSCHE   BANK   NATIONAL   TRUST          Case No. 2:15-CV-01373-APG-NJK
    COMPANY, AS TRUSTEE FOR HOLDERS
13  OF HARBORVIEW 2006-5 TRUST,

14                  Plaintiff,

15  v.

16  SEVEN   HILLS   MASTER   COMMUNITY          **STIPULATION   AND   ORDER   OF**
    ASSOCIATION; SFR INVESTMENTS POOL          **DISCLAIMER   OF   INTEREST   AND**
17  1, LLC; DOES INDIVIDUALS I - X inclusive;   **DISMISSAL**
    and ROE CORPORATIONS I - X inclusive,

18

19                  Defendants.

20

21

22

23

24

25

26

27

28

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

Counter-Claimant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF HARBORVIEW 2006-5 TRUST; BANK OF AMERICA, N.A., a national association; NATIONSTAR MORTGAGE, LLC a Delaware limited liability company; and VALERIE HOLCOMB, an individual,

Counter-Defendant/Cross-Defendants._____

Cross Defendant Bank of America, N.A., a national association ("**Bank of America**") and Counterclaimant SFR Investments Pool 1, LLC (**SFR**) stipulate as follows:

1. WHEREAS, on or about May 22, 2014, SFR purchased the property commonly known as 1444 European Drive, Henderson, NV 89052 (the **Property**) at an HOA foreclosure sale;

2. WHEREAS, SFR was informed and believed that Bank of America may hold an interest in the Property;

3. WHEREAS, on August 17, 2014, SFR filed an Answer, Counterclaim and Crossclaim in which SFR asserted crossclaims for quiet title, declaratory relief and slander of title against Bank of America, case number 2:15-CV-01373-APG-NJK

4. WHEREAS, Bank of America has reviewed SFR's Answer, Counterclaim and Crossclaim and the exhibits thereto and has determined that it has no legal right, title, or interest in the Property;

5. WHEREAS, Bank of America expressly disclaims any and all right, title, and interest in the Property;

6. WHEREAS, SFR agrees, based upon Bank of America's disclaimer set forth herein, that Bank of America should be dismissed from this action, with prejudice; and

…

…

AKERMAN LLP

1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

7.   WHEREAS, based upon Bank of America's disclaimer set forth herein, SFR and Bank of America agree to bear their own attorney's fees and costs.

DATED this 14th day of January, 2016.

AKERMAN LLP

/s/ Melanie D. Morgan, Esq.
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
CHRISTINE PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

KIM GILBERT EBRON

/s/ Diana Cline Ebron, Esq.
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for SFR Investments Pool 1, LLC*

## ORDER

Having reviewed the parties stipulation and good cause appearing,

IT IS HEREBY ORDERED that Defendant Bank of America, N.A. has no right, title, or interest in the Property.

IT IS FURTHER ORDERED that, based upon Defendant Bank of America, N.A.'s disclaimer set forth herein, Defendant Bank of America, N.A., is dismissed from this case, with prejudice.

IT IS FURTHER ORDERED that Cross-Claimant SFR Investments Pool 1, LLC and Defendant Bank of America, N.A., shall bear their own attorney's fees and costs.

Dated: _____January 15_____, 2016

_____
UNITED STATES DISTRICT JUDGE

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572