# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>SEVEN HILLS MASTER COMMUNITY ASSOCIATION, et al.,<br><br>                Defendants. | Case No. 2:15-cv-01373-APG-NJK<br><br>ORDER STRIKING FILED DISCOVERY DOCUMENT<br><br>(Docket No. 70) |

Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. On March 28, 2016, Defendant Seven Hills Master Community Association filed a supplement to its initial disclosures. Docket No. 70. Because that document was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

The Court hereby **ORDERS** counsel to cease filing discovery documents on the docket in compliance with Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

DATED: March 29, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge