# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, <br><br> Plaintiff(s), <br><br> vs. <br><br> SEVEN HILLS MASTER COMMUNITY ASSOCIATION, et al., <br><br> Defendant(s). | Case No. 2:15-cv-01373-APG-NJK <br><br> ORDER <br><br> (Docket No. 72) |

Pending before the Court is Plaintiff's Emergency Motion to Strike Supplemental Disclosures or, alternatively, Motion to Reopen Discovery. Docket No. 72. The Court **ORDERS** that a response must be filed no later than April 18, 2016, and any reply must be filed no later than April 20, 2016. Because Plaintiff's filing exceeds 50 pages in length including exhibits, the Court further **ORDERS** Plaintiff to deliver a courtesy copy no later than 12:30 p.m. on April 14, 2016, to the undersigned's box in the Clerk's Office. *See* Special Order No. 109.

IT IS SO ORDERED.

DATED: April 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge