MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for Plaintiff/counter-defendant Deutsche Bank National Trust Company, as Trustee for Holders of the Harborview 2006-5 Trust and counter-defendant Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE HARBORVIEW 2006-5 TRUST,<br><br>    Plaintiff,<br>vs.<br>SEVEN HILLS MASTER COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-01373-APG-NJK<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter-Claimant,<br>vs.<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE HARBORVIEW 2006-5 TRUST; BANK OF AMERICA, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; and VALERIE HOLCOMB, an individual,<br><br>    Counter-Defendants/Cross-Defendants. | |

43819995;1

PLEASE TAKE NOTICE that Plaintiff/counter-defendant Deutsche Bank National Trust Company, as Trustee for Holders of the Harborview 2006-5 Trust and counter-defendant Nationstar Mortgage LLC hereby provides notice that Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for The Deutsche Bank National Trust and Nationstar Mortgage LLC in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Jason J. Zummo, Esq. receive all future notices.

Respectfully submitted, this 13th day of January, 2018.

**AKERMAN LLP**

/s/ *Jason J. Zummo, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff/counter-defendant Deutsche Bank National Trust Company, as Trustee for Holders of the Harborview 2006-5 Trust and counter-defendant Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: January 16, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2

43819995;1