1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  KAREN A. WHELAN, ESQ.
   Nevada Bar No. 10466
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: karen.whelan@akerman.com

7  *Attorneys for Plaintiff/counter-defendant Deutsche Bank National Trust Company, as Trustee for Holders of the Harborview 2006-5 Trust and counter-defendant Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE HARBORVIEW 2006-5 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SEVEN HILLS MASTER COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01373-APG-NJK<br><br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE HARBORVIEW 2006-5 TRUST; BANK OF AMERICA, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; and VALERIE HOLCOMB, an individual,<br><br>Counter-Defendants/Cross-Defendants. | |

46242656;1

PLEASE TAKE NOTICE Plaintiff/counter-defendant Deutsche Bank National Trust Company, as Trustee for Holders of the Harborview 2006-5 Trust and counter-defendant Nationstar Mortgage LLC hereby provides notice that Jason Zummo, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Deutsche Bank National Trust and Nationstar Mortgage LLC. All future correspondence, papers and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Karen A. Whelan, Esq

DATED this 29th day of August, 2018

**AKERMAN LLP**

/s/ *Karen A. Whelan*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff/counter-defendant Deutsche Bank National Trust Company, as Trustee for Holders of the Harborview 2006-5 Trust and counter-defendant Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: August 30, 2018

_____
UNITED STATES MAGISTRATE JUDGE

46242656;1