# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, <br><br> Plaintiff <br><br> v. <br><br> SEVEN HILLS MASTER COMMUNITY ASSOCIATION, et al., <br><br> Defendants | Case No.: 2:15-cv-01373-APG-NJK <br><br> **Order Granting Motion to Lift Stay** <br><br> [ECF No. 102] |

IT IS ORDERED that the motion to lift stay **(ECF No. 102) is GRANTED**. Within 60 days of the date of this order, the parties shall meet and confer as defined by Local Rule IA 1-3(f) regarding (1) what viable claims and defenses remain in the case in light of recent decisions from the Supreme Court of Nevada, and (2) the issues the parties intend to raise in any dispositive motion the parties anticipate filing. **A client representative must attend the meet and confer, either in person or by telephone.**

Dispositive motions are due 90 days after the date of this order. Any dispositive motion must contain a declaration by the movant's counsel that sets forth the details of the meet-and-confer and certifies that, despite good faith efforts, the issues raised in the motion could not be resolved. LR IA 1-3(f)(2).

DATED this 3rd day of January, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE